UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14156-CIV-CANNON/Maynard

**JANINE A. ALEXANDER,**

    Plaintiff,
v.

**CITY OF STUART et al.,**

    Defendants.
_____/

# ORDER ADOPTING MAGISTRATE JUDGE'S
# REPORT AND RECOMMENDATIONS

**THIS CAUSE** comes before the Court upon Magistrate Judge Maynard's Report and Recommendation [ECF No. 56], filed on September 9, 2021. On August 5, 2021, the Court referred the case to Magistrate Judge Maynard for a ruling on all pretrial non-dispositive matters and for a Report and Recommendation on any dispositive matters [ECF No. 54]. On September 9, 2021, Judge Maynard issued a Report ("Report") recommending that Defendant's Combined Motion to Dismiss Plaintiff's Complaint be granted [ECF No. 56]. The Report prescribes a fourteen-day objection period [ECF No. 56 pp. 8]. Plaintiff has not filed objections or sought additional time within which to do so.

The Court has conducted a *de novo* review of the Report and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the Report to be well reasoned and correct. The Court therefore agrees with the analysis in the Report and concludes that the Motion must be **GRANTED IN PART AND DENIED IN PART** for the reasons set forth therein.

CASE NO. 21-14156-CIV-CANNON/Maynard

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 56] is **ADOPTED**.

2. The Motion [ECF No. 43] is **GRANTED IN PART AND DENIED IN PART**.

3. Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

4. Plaintiff may file an Amended Complaint that cures the pleading deficiencies outlined in the Report on or before **October 8, 2021**. The Court observes that Plaintiff already filed an Amended Complaint on September 21, 2021 [ECF No. 57], prior to obtaining this Court's approval to do so, and without obtaining Defendants' consent. Accordingly, Plaintiff's Amended Complaint [ECF No. 57] is **STRICKEN**, but Plaintiff may refile that document or another document as her Amended Complaint provided she does so by the deadline of **October 8, 2021**. Plaintiff is advised that whatever she files as her Amended Complaint will be the operative pleading in this case, and the Court will not grant Plaintiff further opportunities to amend her Complaint absent the requisite showing under the law.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 28th day of September 2021.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record